IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROADSYNC, INC., <br><br> Plaintiff, <br><br> v. <br><br> RELAY PAYMENTS, INC., <br> SPENCER BARKOFF, <br> JAMES RYAN DROEGE, <br> and DOES 1-10, <br><br> Defendants. | Case No. 1:21-CV-03420-MLB |

**CERTIFICATE OF CONSENT TO WITHDRAW
AND SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.1(E)(3), Plaintiff RoadSync, Inc. ("RoadSync") gives notice that Jonathan R. Friedman and Jennifer A. Adler of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC hereby withdraw as counsel for RoadSync. In their place, Frank M. Lowrey IV and Benjamin E. Fox of the law firm of Bondurant, Mixson & Elmore, LLP are substituted as counsel of record for Plaintiff. RoadSync consents to this withdrawal and substitution and certifies that it has been advised of the items set forth in Local Rule 83.1(E)(2)(B) through (H).

As such, RoadSync requests that Frank M. Lowrey IV and Benjamin E. Fox be substituted as counsel of record for Plaintiff and be added as recipient for service

#3466554v1

of all pleadings, notices, orders, correspondence, and any other materials involved in this action, including notices sent via the Court's CM/ECF system at the following addresses:

| | |
|---|---|
| Frank M. Lowrey IV<br>Bondurant, Mixson & Elmore, LLP<br>1201 W. Peachtree Street, NW<br>Suite 3900<br>Atlanta, GA 30309<br>Tel: 404-881-4118<br>lowrey@bmelaw.com | Benjamin E. Fox<br>Bondurant, Mixson & Elmore, LLP<br>1201 W. Peachtree Street, NW<br>Suite 3900<br>Atlanta, GA 30309<br>Tel: 404-881-4117<br>fox@bmelaw.com |

RoadSync also requests that Jonathan R. Friedman and Jennifer A. Adler of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC be relieved of all further obligations with respect to the representation of Plaintiff in this action, including relief from receiving further CM/ECF notices in this action.

Respectfully submitted this 16th day of September, 2022.

| | |
|---|---|
| /s/ *Frank M. Lowrey IV*<br>Frank M. Lowrey IV<br>Georgia Bar No. 410310<br>lowrey@bmelaw.com<br><br>/s/ *Benjamin E. Fox*<br>Benjamin E. Fox<br>Georgia Bar No. 329427<br>fox@bmelaw.com<br><br>BONDURANT, MIXSON & ELMORE, LLP<br>1201 W. Peachtree Street, NW, Ste. 3900<br>Atlanta, GA 30309<br>Tel: 404-881-4100<br>Fax: 404-881-4111 | /s/ *Jonathan R. Friedman*<br>Jonathan R. Friedman<br>jfriedman@wwhgd.com<br>Jennifer A. Adler<br>jadler@wwhgd.com<br>WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, GA 30326<br>Tel: 404-876-2700<br>Fax: 404-875-9433 |

#3466554v1

Benjamin J. Fox (admitted *pro hac vice*)
bfox@mofo.com
MORRISON & FOERSTER, LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Tel: (213) 892-5200
Fax: (213) 892-5454

Kyle Mooney (admitted *pro hac vice*)
kmooney@mofo.com
MORRISON & FOERSTER, LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
Fax: (212) 468-7900

ATTORNEYS FOR PLAINTIFF ROADSYNC, INC.

#3466554v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing **CERTIFICATE OF CONSENT TO WITHDRAW AND SUBSTITUTE COUNSEL**, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

This 16th day of September, 2022.

/s/ *Frank M. Lowrey IV*
Frank M. Lowrey IV

ATTORNEY FOR PLAINTIFF ROADSYNC, INC.

#3466554v1