## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ROADSYNC, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 1:21-cv-03420-MLB |
| RELAY PAYMENTS, INC., | ) |
| SPENCER BARKOFF, and | ) |
| JAMES RYAN DROEGE, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF ROADSYNC, INC.'S
## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.4 and 26.3(A), I certify that on October 3, 2022, I caused the following discovery to be served via electronic mail upon all counsel of record in this matter:

1. RoadSync's Renewed First Set of Requests for Inspection (Nos. 1-2).

Respectfully submitted this 5th day of October, 2022.

/s/ *Kyle Mooney*
Kyle Mooney (admitted *pro hac vice*)
**MORRISON & FOERSTER, LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
Fax: (212) 468-7900
kmooney@mofo.com

Benjamin J. Fox (admitted *pro hac vice*)
**MORRISON & FOERSTER, LLP**
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Tel: (213) 892-5200
Fax: (213) 892-5454
bfox@mofo.com

/s/ *Benjamin E. Fox*
Benjamin E. Fox
Georgia Bar No. 329427
fox@bmelaw.com
Frank M. Lowrey
Georgia Bar No. 410310
lowrey@bmelaw.com
**BONDURANT, MIXSON & ELMORE, LLP**
1201 W. Peachtree St. NW, Ste. 3900
Atlanta, GA 30309
Tel: (404) 881-4100
Fax: (404) 881-4111

*Counsel for Plaintiff RoadSync, Inc.*