IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROADSYNC, INC.,

Plaintiff,

v.

RELAY PAYMENTS, INC., SPENCER
BARKOFF, and JAMES RYAN DROEGE,

Defendants.

Case No. 1:21-CV-03420-MLB

## JOINT STATEMENT PURSUANT TO MAY 3, 2023 ORDER

The parties write pursuant to the Court's May 3, 2023 order ("Order") concerning the status of issues raised in joint statements on discovery disputes (ECF Nos. 124, 125, 129, and 130). In accordance with the Order, lead counsel for the parties held an in-person meet-and-confer on May 12, 2023. The parties are pleased to update the Court that all disputes outlined in these joint statements have been resolved and no longer require Court resolution. The parties' resolution of these issues is memorialized below. We thank the Court for its time and guidance.

Separately, the parties respectfully request that the Court provide a ruling on ECF No. 89, Defendants' Corrected Motion to Compel Plaintiff to Provide a Particularized Identification of Its Alleged Source Code Trade Secrets. Defendants filed that motion on January 27, 2023, following the in-person Court hearing on January 11. The primary issue is whether RoadSync has identified its alleged source code trade secrets with sufficient particularity. With fact discovery closing on July 13, and depositions to be scheduled in the interim, the parties respectfully request resolution of this one pending dispute.

\*    \*    \*

ECF No. 124:  RoadSync will produce NDAs with any funders and a redacted agreement with Legalist. RoadSync will produce an unredacted copy of the agreement with Legalist to the Court upon request, and Defendants will not argue that such production constitutes a waiver of any privileges or protections.

10943-00001/14091582.3

RoadSync will serve a categorical privilege log identifying communications with Legalist or potential funders withheld from production, including post-Complaint communications.

ECF No. 125:  RoadSync will produce (1) documents responsive to Request Nos. 59, 60, and 61 to the extent they are captured by a search term negotiated by the parties; (2) customer agreements between RoadSync and its existing or prior customers responsive to Request No. 72; and (3) documents responsive to Request No. 57, limited to RoadSync's communications with its Board of Directors or investors.

ECF No. 129:  Defendants will supplement their response to Interrogatory No. 1 identifying "Known RoadSync Documents" meaning (i) the files RoadSync identified in Appendices A-C to RoadSync's Second Amended Responses and Objections to Defendants' First Set of Interrogatories (Nos. 1-3), and (ii) documents (including emails and communications) known or apparent on their face to have been created by RoadSync directors, employees, agents, or independent contractors, but excluding documents unrelated to RoadSync business, e.g., personal emails and documents.  Defendants will supplement their responses to Interrogatories Nos. 2-4 accordingly but may refer to production ranges or groups of documents as appropriate.

ECF No. 130:  Defendants will supplement their response to Interrogatory No. 5 to identify "RoadSync Alleged Trade Secret Source Code" meaning the files RoadSync identified in Appendix D to RoadSync's Second Amended Responses and Objections to Defendants' First Set of Interrogatories (Nos. 1-3).  Defendants will supplement their responses to Interrogatories Nos. 6-8 accordingly but may refer to production ranges or groups of documents as appropriate.  Defendants will produce any RoadSync source code (including from the RoadSync Alleged Trade Secret Source Code) identifiable through reasonable efforts.

Dated:  May 16, 2023

/s/ Benjamin E. Fox
Frank M. Lowrey IV
Georgia Bar No. 410310
Benjamin E. Fox
Georgia Bar No. 329427

2

**Bondurant, Mixson & Elmore, LLP**
1201 W. Peachtree Street, NW, Ste. 3900
Atlanta, GA 30309
Tel: (404) 881-4100
Fax: (404) 881-4111
lowrey@bmelaw.com
fox@bmelaw.com

Michael A. Jacobs (admitted *pro hac vice*)
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Tel: (415) 359-7631
Fax: (415) 276-7455
mjacobs@mofo.com

Benjamin J. Fox (admitted *pro hac vice*)
**Morrison & Foerster LLP**
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
Tel: (213) 892-5200
Fax: (213) 892-5454
bfox@mofo.com

Kyle Mooney (admitted *pro hac vice*)
**Morrison & Foerster LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
Fax: (212) 468-7900
kmooney@mofo.com

*Counsel for Plaintiff*

 **CAPLAN COBB LLC**

*/s/ Michael A. Caplan*
Michael A. Caplan

3

Georgia Bar No. 601039
Julia Blackburn Stone
Georgia Bar No. 200070
Jessica A. Caleb
Georgia Bar No. 141507
Jarred A. Klorfein
Georgia Bar No. 562965
75 Fourteenth Street, N.E., Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
jstone@caplancobb.com

jcaleb@caplancobb.com
jklorfein@caplancobb.com

Andrew J. Rossman (admitted *pro hac vice*)
Ellyde R. Thompson (admitted *pro hac vice*)
Elisabeth B. Miller (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
andrewrossman@quinnemanuel.com
ellydethompson@quinnemanuel.com
elisabethmiller@quinnemanuel.com

Ryan Landes (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
865 Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
ryanlandes@quinnemanuel.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 16th day of May, 2023.

/s/ Benjamin E. Fox
Benjamin E. Fox
Georgia Bar No. 329427

5