# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROADSYNC, INC., <br><br> Plaintiff, <br><br> v. <br><br> RELAY PAYMENTS, INC., SPENCER BARKOFF, and JAMES RYAN DROEGE, <br><br> Defendants. | Case No. 1:21-CV-03420-MLB |

## JOINT STATUS REPORT REGARDING PROTOCOL FOR PLAINTIFF'S SOURCE CODE TRADE SECRET IDENTIFICATION

Plaintiff RoadSync, Inc. ("RoadSync") and Defendants Relay Payments, Inc., Spencer Barkoff, and James Ryan Droege ("Defendants"), by and through the undersigned counsel, file this joint status report to inform the Court of the parties' agreement and positions related to further identification of Plaintiff's Source Code Trade Secret Identification.

Pursuant to the Court's Order entered on May 19, 2023 (Dkt. 133), the parties met and conferred in person including lead counsel in a serious, good faith effort to determine what additional identification was necessary for Plaintiff to

provide a particularized identification of its alleged source code trade secrets. The parties reached an agreement as set forth below.

For each alleged source code trade secret individually, RoadSync shall provide both of the following:

    1.    An identification of each of the source code file(s) that constitute(s) the alleged trade secret, including, to the extent the file includes material not claimed as a trade secret, the line number(s), or portion(s) of line(s) of code within the file that is claimed as a trade secret. If the alleged trade secret consists of a combination of files, lines, or portions of lines, identify the files, lines, or portions of lines that constitute that allegedly trade secret combination, including the identity of any confidential information within the combination of files, lines, or portions of lines claimed as a trade secret. The identification of individual or combination trade secrets pursuant to this Paragraph must be more particularized than a re-listing of the entirety of the source code listed on RoadSync's prior lists of 1,630 files (in its entirety or for any one repository) and all possible combinations thereof.

    2.    A reasonably particular description of any algorithms, processes, business logic, interfaces, data models, data structures, data sets, architectures, or other "programming or design choices" or "interactions" – or combinations

of the foregoing – within the code or combinations identified in Paragraph (1) that constitute the alleged trade secret. The description must be particularized enough to allow someone reasonably skilled in the art to distinguish between what within the identified code is claimed as trade secret, and what is not, including for any alleged trade secret combinations of files, lines, or portions of lines. The description must specify the alleged trade secret itself, rather than the end results of, or the functions performed by, the alleged trade secret.

To the extent RoadSync claims that the combination of multiple alleged trade secrets constitutes its own distinct combination trade secret, RoadSync must provide the disclosures in Paragraphs (1) and (2) for both the combination trade secret, and for its constituent parts that are their own alleged trade secrets.

Respectfully submitted this 2nd day of June, 2023.

| | |
|---|---|
| */s/ Jonathan R. Chally* | */s/ Michael A. Caplan* |
| Jonathan R. Chally | Michael A. Caplan |
| Georgia Bar No. 141392 | Georgia Bar No. 601039 |
| jchally@cgc-law.com | Julia Blackburn Stone |
| Joshua P. Gunnemann | Georgia Bar No. 200070 |
| Georgia Bar No. 152250 | Jessica A. Caleb |
| jgunnemann@cgc-law.com | Georgia Bar No. 141507 |
| Jennifer R. Virostko | Jarred A. Klorfein |
| Georgia Bar No. 959286 | Georgia Bar No. 562965 |
| jvirostko@cgc-law.com | **CAPLAN COBB LLC** |
| Katherine L. D'Ambrosio | 75 Fourteenth Street, N.E., Suite 2700 |
| Georgia Bar No. 780128 | Atlanta, Georgia 30309 |

kdambrosio@cgc-law.com
**COUNCILL, GUNNEMANN & CHALLY, LLC**
1201 W. Peachtree Street NW
Suite 2613
Atlanta, GA 30309
Phone: 404-407-5250
Facsimile: 404-600-1624


Frank M. Lowrey IV
Georgia Bar No. 410310
Benjamin E. Fox
Georgia Bar No. 329427
**BONDURANT, MIXSON & ELMORE, LLP**
1201 W. Peachtree Street, NW, Ste. 3900
Atlanta, GA 30309
Tel: (404) 881-4100
Fax: (404) 881-4111
lowrey@bmelaw.com
fox@bmelaw.com


Michael A. Jacobs (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Tel: (415) 359-7631
Fax: (415) 276-7455
mjacobs@mofo.com
Benjamin J. Fox (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Tel: (213) 892-5200
Fax: (213) 892-5454

Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
jstone@caplancobb.com
jcaleb@caplancobb.com
jklorfein@caplancobb.com

Andrew J. Rossman (admitted *pro hac vice*)
Ellyde R. Thompson (admitted *pro hac vice*)
Elisabeth B. Miller (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
andrewrossman@quinnemanuel.com
ellydethompson@quinnemanuel.com
elisabethmiller@quinnemanuel.com

Ryan Landes (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
ryanlandes@quinnemanuel.com

*Counsel for Defendants*

bfox@mofo.com

Kyle Mooney (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
Fax: (212) 468-7900
kmooney@mofo.com

*Counsel for Plaintiff*

# LOCAL RULE 7.1(D) CERTIFICATION

The counsel below certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

DATED: June 2, 2023

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039
**CAPLAN COBB LLC**
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated: June 2, 2023

/s/ *Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039
**CAPLAN COBB LLC**
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

*Counsel for Defendants*