IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROADSYNC, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>RELAY PAYMENTS, INC., SPENCER BARKOFF, and JAMES RYAN DROEGE,<br><br>     Defendants. | Case No. 1:21-CV-03420-MLB |

**DEFENDANTS' MOTION TO STRIKE
PORTIONS OF ROADSYNC'S TRADE SECRET
IDENTIFICATION**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Local Rule 37.1, and the Court's inherent authority, and the Court's order following the August 29, 2023 hearing (Dkt. 179), Defendants Relay Payments, Inc. ("Relay"), Spencer Barkoff, and James Ryan Droege (collectively, "Defendants"), respectfully move the Court for an order striking the following portions of RoadSync's trade secret identification: (i) all mentions of "features" and "functions," (ii) all mentions of "compilation" trade secrets, and (iii) Trade Secret category No. 8, "Other."

In support of this motion, Defendants rely on their memorandum of points and authorities and the exhibits submitted herewith, as well as the Declaration of Defendants' Expert Michael Fenn.

1

DATED: September 12, 2023

/s/ *Ryan Landes*
_____

Andrew J. Rossman (admitted *pro hac vice*)
Ellyde R. Thompson (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: 212-849-7000
Fax: 212-849-7100
andrewrossman@quinnemanuel.com
ellydethompson@quinnemanuel.com

Ryan Landes (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
ryanlandes@quinnemanuel.com

Michael A. Caplan
Georgia Bar No. 601039
Jessica A. Caleb
Georgia Bar No. 141507
Jarred A. Klorfein
Georgia Bar No. 562965
**CAPLAN COBB LLC**
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
jcaleb@caplancobb.com
jklorfein@caplancobb.com

*Counsel for Defendants Relay Payments, Inc., Spencer Barkoff, and James Ryan Droege*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated:  September 12, 2023        */s/ Ryan Landes*
                                  Ryan Landes (admitted *pro hac vice*)