# Exhibit A

Page 1

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF GEORGIA
             ATLANTA DIVISION


ROADSYNC, INC.,              )
                             )
     Plaintiff,              )
                             )
vs.                          )    CASE NO.
                             )
RELAY PAYMENTS, INC.,        )    1:21-CV-03420-MLB
SPENCER BARKOFF,             )
JAMES RYAN DROEGE,           )
and DOES 1 -10,              )
                             )
     Defendants.             )
_____)



              VIDEOTAPED DEPOSITION OF

                 JAMES RYAN DROEGE

              APPEARING REMOTELY FROM

                  ATLANTA, GEORGIA


              MONDAY, NOVEMBER 15, 2021



Reported by:

Judith Leitz Moran, CCR, RPR, RSA

JOB NO.: 202689

APPEARING REMOTELY FROM ATLANTA, GEORGIA
```

Page 79

1        JAMES RYAN DROEGE
2   being terminated, correct?
3            MR. FOX:  Yes.
4        A    So can you ask the question one more time
5   just to make sure I answer it clearly?
6   BY MR. FOX:
7        Q    In or about 2018, before you were
8   terminated, did you take any steps in anticipation
9   of a potential departure from RoadSync?
10       A    Yes.
11       Q    What such steps did you take?
12       A    Given the circumstances that were going
13  on at the company at that time, I felt it
14  imperative to maintain a copy of my email for a
15  variety of different reasons, and so I made sure
16  that I had a copy of that pending anything else
17  that could take place.
18       Q    And how did you make sure that you
19  maintained a copy of your email?
20       A    There's a feature in Google that allows
21  you to archive email boxes.
22       Q    And to where did you archive the Google
23  email box?
24       A    On to my computer.
25       Q    That is the laptop computer?