# Exhibit B
# To Defendants' Motion to Strike Portions of RoadSync's Trade Secret Identification

# Filed Under Seal