# Exhibit S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROADSYNC, INC., <br><br> Plaintiff, <br><br> v. <br><br> RELAY PAYMENTS, INC., <br> SPENCER BARKOFF, <br> JAMES RYAN DROEGE, <br> and DOES 1-10, <br><br> Defendants. | Case No. 1:21-CV-03420-MLB |

## DEFENDANTS' SIXTH SET OF REQUESTS
## FOR PRODUCTION TO ROADSYNC, INC.

PLEASE TAKE NOTICE that pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants Relay Payments, Inc., Spencer Barkoff, and James Ryan Droege ("Defendants") hereby serve their sixth set of Requests for Production ("RFP") to Plaintiff RoadSync, Inc. ("RoadSync" or "Plaintiff"). Responsive documents must be produced within 30 days of these requests. Each of the following requests is subject to the definitions and instructions that follow.

## **DEFINITIONS AND INSTRUCTIONS**

Defendants incorporate by reference the Definitions and Instructions set forth in Defendants' First Set of Requests for Production to RoadSync, Inc., dated October 14, 2022, as if fully set forth herein.

### **REQUEST FOR PRODUCTION NO. 89**:

All documents and communications from RoadSync to any employees containing or constituting notice as set forth in 18 U.S.C. § 1833(3)(A).

| | |
|---|---|
| DATED: June 2, 2023 | */s/ Ellyde R. Thompson* |
| | Andrew J. Rossman (admitted *pro hac vice*) |
| | Ellyde R. Thompson (admitted *pro hac vice*) |
| | Elisabeth B. Miller (admitted *pro hac vice*) |
| | **QUINN EMANUEL URQUHART** |
| | **& SULLIVAN, LLP** |
| | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | Tel: 212-849-7000 |
| | Fax: 212-849-7100 |
| | andrewrossman@quinnemanuel.com |
| | ellydethompson@quinnemanuel.com |
| | |
| | Ryan Landes (admitted *pro hac vice* ) |
| | **QUINN EMANUEL URQUHART** |
| | **& SULLIVAN, LLP** |
| | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| | ryanlandes@quinnemanuel.com |
| | |
| | Michael A. Caplan |
| | Georgia Bar No. 601039 |
| | Julia Blackburn Stone |
| | Georgia Bar No. 200070 |
| | Jessica A. Caleb |
| | Georgia Bar No. 141507 |
| | Jarred A. Klorfein |
| | Georgia Bar No. 562965 |
| | **CAPLAN COBB LLC** |
| | 75 Fourteenth Street, NE, Suite 2700 |
| | Atlanta, Georgia 30309 |
| | Tel: (404) 596-5600 |
| | Fax: (404) 596-5604 |
| | mcaplan@caplancobb.com |
| | jstone@caplancobb.com |
| | jcaleb@caplancobb.com |
| | jklorfein@caplancobb.com |
| | |
| | *Counsel for Defendants Relay Payments, Inc., Spencer Barkoff, and James Ryan Droege* |

# CERTIFICATE OF SERVICE

I hereby certify that on this day, the within and foregoing has been forwarded via electronic mail to all counsel of record.

Dated: June 2, 2023

*/s/ Elisabeth B. Miller*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: 212-849-7000
Fax: 212-849-7100
elisabethmiller@quinnemanuel.com