# Declaration of Michael Fenn Filed Under Seal