# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-03420-MLB
### RoadSync, Inc. v. Relay Payments, Inc. et al
### Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 11/13/2023.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 5:00 P.M.      COURT REPORTER: Keisha Crump
TIME IN COURT: 2:55      DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Caplan representing Relay Payments, Inc. |
| | Michael Caplan representing James Ryan Droege |
| | Michael Caplan representing Spencer Barkoff |
| | Jonathan Chally representing RoadSync, Inc. |
| | Katherine D'Ambrosio representing RoadSync, Inc. |
| | Joshua Gunnemann representing RoadSync, Inc. |
| | Rebecca Kolb representing RoadSync, Inc. |
| | Ryan Landes representing Relay Payments, Inc. |
| | Ryan Landes representing James Ryan Droege |
| | Ryan Landes representing Spencer Barkoff |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Hearing held on Defendants' [185] Motion to Strike and Plaintiff's [212] Motion to Compel. A separate order is forthcoming. |
| HEARING STATUS: | Hearing Concluded |