IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RoadSync, Inc.,

          Plaintiff,

Case No. 1:21-cv-3420-MLB

v.

Relay Payments, Inc., Spencer Barkoff, and James Ryan Droege,

          Defendants.

_____/

## ORDER

For the reasons stated at the Court's November 13, 2023 hearing, Defendants' Motion to Strike (Dkt. 185) is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** to the extent the Court **STRIKES** from Plaintiff's trade-secret identification (Dkt. 186-8) (1) any alleged "compilation" trade secrets and (2) any characterization of Plaintiff's trade secrets as the "features and functions" of Plaintiff's software system. Defendants' Motion to Strike (Dkt. 185) is **DENIED** to the extent the Court **DECLINES TO STRIKE** the "other" category of alleged trade secrets in Plaintiff's trade-secret identification (Dkt. 186-8).

The Court **DENIES** Plaintiff's request (Dkts. 169 at 2) for Defendants to produce materials responsive to RFPs 93–94 (169-1 at 2).

The Court **ORDERS** the parties to file, no later than November 16, 2023, a proposed schedule for (1) the process discussed at the November 13 hearing for resolving Plaintiff's Motion to Compel (Dkt. 212); (2) expert discovery; and (3) summary judgment motions.

**SO ORDERED** this 14th day of November, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE